

# Fourth Court of Appeals
## San Antonio, Texas

November 5, 2019

No. 04-19-00655-CV

Rosaly **CANALES** d/b/a Marathon Bulk Transport,
Appellant

v.

**CAPITOL AGGREGATES, INC.**,
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CI05174
Honorable Cathleen M. Stryker, Judge Presiding

# O R D E R

The Appellant's Motion for Extension of Time to File Brief is hereby MOOT. The reporter's record has not been filed. The appellant's brief is not due until thirty days after the date the appellate record is complete. Tex. R. App. P. 38.6(a).

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of November, 2019.

_____
Michael A. Cruz,
Clerk of Court